NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CRYSTAL GAIL CALDWELL,
DOC# H49074,

     Appellant,

v.

     Case No. 2D16-4288

STATE OF FLORIDA,

     Appellee.

Opinion filed February 16, 2018.

Appeal from the Circuit Court for Polk
County; James A. Yancey, Judge.

Howard L. Dimmig, II, Public Defender,
and John C. Fisher, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Elba Caridad Martin-
Schomaker, Assistant Attorney General,
Tampa, for Appellee.

PER CURIAM.

        Affirmed.

SILBERMAN, BLACK, and BADALAMENTI, JJ., Concur.